ALBERT J. HIRT, Respondent, *v.* FRANCIS R. MAYER et al., Copartners under the Firm Name of MAYER & CARPENTER, Appellants.

*Hirt v. Mayer,* 183 App. Div. 930, affirmed.

(Argued October 7, 1918; decided October 22, 1918.)

APPEAL, by permission, from a judgment entered May 7, 1918, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which unanimously reversed a determination of the Appellate Term reversing a judgment of the City Court of the city of New York in favor of plaintiff entered upon a verdict and affirmed said City Court judgment. The action was to recover for an alleged breach of contract of employment. The principal question was the admissibility of parol evidence offered by the plaintiff to show that the period of employment was for a stated term. Defendants contended that certain letters constituted the entire contract and established an employment at will.

*Charles D. Francis* and *Edward J. Patterson* for appellants.

*Samuel J. Levinson* and *Benjamin Bernstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND and ANDREWS, JJ. Dissenting: CUDDEBACK and CRANE, JJ.